UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Teodoro ZARAGOZA, also known as Lolo, Defendant–Appellant.

No. 14–10134
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2015.

James Wesley Hendrix, Phelesa M. Guy, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Richard Gale Ferguson, Esq., Waco, TX, for Defendant–Appellant.

Jose Teodoro Zaragoza, Washington, MS, pro se.

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Teodoro Zaragoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 229 (5th Cir.2011). Zaragoza has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.